ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 AUG 26  PM 12: 51

CLERK OF COURT

ANDREW GONZALEZ )
    *Plaintiff.* )
v. )
  )
SANTANDER CONSUMER )
USA, INC. )
    *Defendant.* )
  )
  )

CIVIL ACTION NO.

4 - 14CV - 700 - 0

TRIAL BY JURY DEMANDED

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Plaintiff Andrew Gonzalez complains of Santander Consumer USA, Inc. Defendant, and for cause of action would respectfully show as follows:

## NATURE OF ACTION

1. This is an action for damages brought by individual, Plaintiff Andrew Gonzalez against Defendant Santander Consumer USA, Inc. for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii).

2. Plaintiff contends that the Defendant has violated such laws by calling Plaintiffs cellular telephone with recorded messages using an automatic telephone dialing system and used a telephone system which utilizes interactive voice recognition technology, also known as a predictive dialer

## JURISDICTION AND VENUE

3.   Jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 47 U.S.C. §227(f)(2).

4.   This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1391b because Defendant engages in business within this state, to wit debt collection.

5.   Venue is proper pursuant to 28 U.S.C. §1391b and 47 U.S.C. §227(f)(4) .

6.   Venue in the Northern District of Texas, Fort Worth Division is proper in that the Plaintiff resides in State of Texas, Tarrant County, City of Fort Worth, the Defendant transacts business here, and the conduct complained of occurred here.

7.   All conditions precedent to the bringing of this action, have been performed.

## PARTIES

8.   The Plaintiff in this lawsuit is Andrew Gonzalez, a natural person and a citizen of Tarrant County, Texas.

9.   Defendant in this lawsuit is Santander Consumer USA, Inc. (herein after "Santander") with principal office at 8585 N. Stemmons Freeway, STE 1100, Dallas, TX 75247-3836.

10. Santander may be served with process by serving its registered agent for service of process: CT Corporation System, 1999 Bryan St., STE 900, Dallas, TX 75201.

## FACTUAL ALLEGATIONS

11. On **June 30, 2014 at 10:07 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit A)**

12. On **July 01, 2014 at 11:00 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit B)**

13. On **July 06, 2014 at 10:09 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit C)**

14. On **July 07, 2014 at 12:44 p.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit D)**

15. On **July 08, 2014 at 10:40 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit E)**

16. On **July 09, 2014 at 10:09 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit F)**

17. On **July 10, 2014 at 11:49 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit G)**

18. On **July 11, 2014 at 10:24 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit H)**

19. On **July 14, 2014 at 10:20 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit J)**

20. On **July 15, 2014 at 10:14 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit K)**

21. On **July 16, 2014 at 11:38 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit L)**

22. On **July 17, 2014 at 10:49 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit M)**

23. On **July 18, 2014 at 10:45 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit N)**

24. On **July 19, 2014 at 10:09 a.m.**, Defendant Santander called the Plaintiff's wireless cell phone (951) 756-0681 from telephone number (888) 222-4227. **(Exhibit P)**

25. **Refer to ¶24,** Plaintiff informed the representative for Defendant Santander to stop calling the cellular phone.

26. In the telephone communications in question here, Defendant Santander used an automatic telephone dialing system to dial Plaintiff's wireless cellular phone.

27. **In the alternative**, in the telephone communications in question here, Defendant Santander used a telephone dialing system with the **capacity** to automatically dial Plaintiff's wireless cellular phone. **(Emphasis Added)**

28. Upon information and belief, in the telephone communications in question here, Defendant Santander used a telephone system which utilizes interactive voice recognition technology, also known as a predictive dialer, in a which machine places calls, and when a consumer answers the phone there is a noticeable pause prior to being connected to a live representative.

29. **Refer to ¶28,** this technology, upon information and belief, dials several numbers simultaneously and connects the call only to those who answer first.

30. At no time has the Plaintiff given his express consent, written or otherwise, to Defendant Santander to call his wireless cellular telephone.

31. Plaintiff has no prior or present established relationship with Defendant Santander.

32. Plaintiff has no contractual obligation to pay Defendant Santander any alleged debt.

33. On July 18, 2014 Plaintiff sent a letter via United States Postal Service Certified Mail informing Defendant Santander said actions were a violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii). This was in an effort to amicably resolve the matter prior to litigation.

34. All violations complained of herein occurred within the statute of limitations of the applicable federal statutes.

## COUNT I

**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
47 U.S.C. §227(b)(1)(A) BY DEFENDANT SANTANDER CONSUMER USA, INC.**

35. Paragraphs 1 through 34 are re-alleged as though fully set forth herein.

36. Plaintiff and Defendant Santander do not have an established business relationship within the meaning of 47 U.S.C. §227(a)(2).

37. Defendant Santander called Plaintiff's cellular telephone using an "automatic telephone dialing system" within the meaning of 47 U.S.C. §227(a)(1).

38. In each telephone communication referenced in ¶11 through ¶24 Defendant Santander has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227 (b)(1)(A) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's cellular telephone number (951) 756-0681, which is assigned to a cellular telephone service **with no** prior express consent and for no emergency purpose.

39. 47 U.S.C. §227(b)(1)(A) which states in part;

    (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—

(1) PROHIBITIONS.—It shall be **unlawful for any person** within the United States, or any person outside the United States if the recipient is within the United States—

> **(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—**

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

d) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II

### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227(b)(1)(A)(iii) BY DEFENDANT SANTANDER CONSUMER USA, INC.

40. Plaintiff alleges and incorporates the information in paragraphs 1 through 39.

41. In each telephone communication referenced in ¶11 through ¶24 Defendant Santander has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's cellular phone number (951) 756-0681, which is **assigned to a cellular telephone service.**

42. In telephone communications referenced in ¶17, ¶20, ¶21, ¶22, ¶23, ¶24 Defendant Santander has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the **capacity** to automatically call the Plaintiff's cellular phone number (951) 756-0681, which the **Plaintiff was charged for the telephone calls.**

43. 47 U.S.C. §227(b)(1)(A)(iii) which states in part;

    (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—

        (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

            (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

            (iii) **to any telephone number assigned** to a paging service, **cellular telephone service,** specialized mobile radio service, or other radio common carrier service, **or any service for which the called party is charged for the call;**

**WHEREFORE,** Plaintiff prays for relief and judgment, as follows:

e) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

f) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

g) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part:  If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

h) Awarding such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff is entitled to and hereby demands trial by jury.

Dated:  August 25, 2014

Respectfully Submitted,

Andrew Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
(817) 975-5655
gonandrew@yahoo.com



**EXHIBIT**

tabbies

A







EXHIBIT

c





EXHIBIT

D



EXHIBIT

ε





EXHIBIT

F



EXHIBIT

G



**EXHIBIT**

H

View (5/17)

Missed Calls
[2x]Unregistered
18882224227

| Date | : 07/14/2014 |
| Time | : 10:20 am |

| Date | : 07/11/2014 |

Call   Message



EXHIBIT
tabbies
J

View (3/17)

 Received Calls
Unregistered
18882224227

Date      : 07/15/2014
Time      : 10:14 am
Duration : 00:00:12

Call    Messa



EXHIBIT

K



**EXHIBIT**

L



EXHIBIT

M





EXHIBIT

N



EXHIBIT

P

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States inSeptember 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Andrew Gonzalez | Santander Consumer USA, Inc. |

2014 AUG 26 PM 12: 52

4 - 14 CV - 700. - 0

| **(b)** County of Residence of First Listed Plaintiff    Tarrant | County of Residence of First Listed Defendant    Dallas |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
|  | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander   Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability   ☐ 368 Asbestos Personal Injury Product ☐ 340 Marine   Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability   ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Med. Malpractice   Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting   Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   **Habeas Corpus:** | | | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations   ☐ 530 General | **IMMIGRATION** | | State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment   ☐ 535 Death Penalty ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other   ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education   ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district *(specify)*    ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Violations of the Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:

*(See instructions):*    JUDGE                         DOCKET NUMBER

DATE
08/25/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 62252    AMOUNT  $400.    APPLYING IFP                 JUDGE                 MAG. JUDGE