**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ANDREW GONZALEZ,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:14-CV-700-O |
| | § | |
| | § | |
| **SANTANDER CONSUMER USA, INC.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Gonzalez dismisses all of his claims filed against Defendant Santander Consumer USA, Inc. ("Santander") with prejudice.

Plaintiff and Santander have reached a settlement and Andrew Gonzalez no longer desires to pursue this matter against Santander. Santander agrees to this dismissal. It is further agreed that each side will bear its own attorneys' fees and costs.

Respectfully submitted,

By: */s/ Aimee G. Szygenda*
**GREGG D. STEVENS**
STATE BAR NO. 19182500
**AIMEE G. SZYGENDA**
STATE BAR NO. 24027054
**TATIANA A. WAITS**
STATE BAR NO. 24055090
**MCGLINCHEY STAFFORD, PLLC**
2711 N. HASKELL AVENUE
SUITE 2750, LB 38
DALLAS, TEXAS 75204
TELEPHONE: (214) 445-2406
FACSIMILE: (214) 445-2450
gstevens@mcglinchey.com
aszygenda@mcglinchey.com
twaits@mcglinchey.com

*ATTORNEYS FOR DEFENDANT*
*SANTANDER CONSUMER USA, INC* .


By: */s/ Andrew Gonzalez*
**Andrew Gonzalez**
Pro Se Plaintiff
416 Chatamridge Court
Fort Worth, Texas 76052
(817) 975-5655
gonandrew@yahoo.com

*PRO SE PLAINTIFF*